IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>ANGEL LUIS COLON-COLON<br><br><br>**Defendant(s).** | Case No. 3:22-cr-00317 (FAB) |

### ORDER

The Report and Recommendation filed on May 10, 2023, ECF No. 52 on defendant's Rule 11 proceeding held before Magistrate Judge Bruce J. McGiverin on April 28, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Indictment. Accordingly, the guilty plea of defendant as to counts 1, the lesser included offense in count 2, and count 4 of the Indictment is accepted.

**Sentencing hearing re-set for October 27, 2023 at 9:00 a.m. in Old San Juan Courtroom 6, First Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of May 2023.

s/*Francisco A. Besosa*
FRANCISCO A. BESOSA
Senior United States District Judge